**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

NOV 1 6 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07cr278- MEF |
| ) | [18 U.S.C. § 641; |
| ) | 18 U.S.C. § 1028A(a)(1)] |
| LOUVERNE HANNON, ) | |
| a.k.a. "Luverne Hannon" ) | INDICTMENT |

The Grand Jury charges:

At all times relevant to this Indictment, the defendant, **LOUVERNE HANNON,** was a resident of Montgomery, Alabama.

## COUNT 1

1. On or about September 26, 2005, the defendant, **LOUVERNE HANNON,** caused an application to be filed with Federal Emergency Management Agency ("FEMA"), an agency within the United States Department of Homeland Security, for benefits in connection with Hurricane Katrina in the name of "Ms. Erica Williams," a fictitious person, and using the social security account number ending in the numbers 5216. That application falsely represented that "Williams" had suffered losses to a property she rented as her primary residence in New Orleans, Louisiana.

2. FEMA accepted the application and caused one electronic funds transfer in the amount of $2,000.00 to be deposited into a savings account at MAX Federal Credit Union on October 7, 2005. At that time, Hannon was the sole owner and member of the savings account. On October 11, 2005, Hannon withdrew the $2,000.00 FEMA funds from the savings account.

3. On or about September 26, 2005, in Montgomery County, within the Middle District of

Alabama, and elsewhere, the defendant,

**LOUVERNE HANNON,**
a.k.a. "Luverne Hannon,"

did embezzle, steal, purloin, and knowingly convert to her own use money and things of value of the United States and of a department and agency thereof, in an amount in excess of $1,000, to wit: FEMA disaster assistance funds in the amount of $2,000.00, in violation of Title 18, United States Code, Section 641.

### COUNT 2

4. The allegations set forth in paragraphs 1 through 3 are hereby realleged as if set forth herein.

5. On or about September 26, 2005, in Montgomery County, in the Middle District of Alabama, the defendant,

**LOUVERNE HANNON,**
a.k.a. "Luverne Hannon,"

during and in relation to an enumerated felony, namely, theft of government property as charged in Count 1 of this Indictment, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, that is the social security account number ending in the numbers 5216, in violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
United States Attorney

_____
Jerusha T. Adams
Assistant United States Attorney

-2-