IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )    2:07-cr-00278-WKW |
| | ) |
| **LOUVERNE HANNON** | ) |

## MOTION TO CONTINUE TRIAL

COMES NOW the defendant, Louverne Hannon, by and through counsel, and respectfully moves the Court to continue the trial presently set for January 14, 2007 in the above-captioned cause. As grounds, the defendant states:

1. Undersigned counsel was appointed to represent Mrs. Hannon after her initial appearance on December 6, 2007.

2. That undersigned counsel did not receive discovery in this matter until December 10, 2007.

3. That defense counsel has determined, through its limited investigation, that there are mutual witnesses that will be testifying at the Defendant's trial and Latisha Holt's trial that is scheduled for the same date.

4. Undersigned counsel has not had time to conduct an independent investigation of the facts of the case, to assess the existence of viable defenses, or to fully research the applicable law, all of which counsel must do in order to competently advise the defendant of whether she should plead guilty and what would constitute a reasonable plea bargain given the facts and circumstances of his case. As a result, although she may wish to plead guilty, Mrs. Hannon will be unable to

inform the government of her intent to plead guilty prior to the pre-trial conference, as required by U.S.S.G. 3E1.1(b).

     5.    Accordingly, it would serve the interests of efficiency, justice, and due process to continue the trial in this matter.

WHEREFORE, based upon the above-stated grounds, the defendant respectfully requests a continuance of the January 14, 2008 trial.

Respectfully submitted, this the 17th day of December, 2007.

                                         /s/ Tiffany B. McCord
                                         TIFFANY B. MCCORD (ASB-3669-F69M)
                                         Law Office of Tiffany B. McCord
                                         505 S. Perry Street
                                         Montgomery, AL 36104
                                         (334) 356-6529
                                         (334) 263-4766
                                         tmcdmc@netzero.com

## CERTIFICATE OF SERVICE

      I hereby certify that on December 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Ms. Jerusha Adams.

      /s/ Tiffany B. McCord
      TIFFANY B. MCCORD (ASB-3669-F69M)
      Law Office of Tiffany B. McCord
      505 S. Perry Street
      Montgomery, AL 36104
      (334) 356-6529
      (334) 263-4766
      tmcdmc@netzero.com