IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | 2:07-cr-00278-WKW |
| ) | |
| LOUVERNE HANNON ) | |

### WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, LOUVERNE HANNON, defendant in the above-styled case, do hereby waive my rights to a speedy trial as established in the Sixth Amendment of the United States Constitution and implementation of said right in 18 U.S.C. § 3161 et seq. I certify to the Court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and, with full knowledge of my rights, I hereby expressly waive my rights to a speedy trial as to the January 14, 2008 trial term.

_12-17-007_  _[signature] Louverne Hannon_
Date          Louverne Hannon