IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-278-MEF |
| | ) | |
| LOUVERNE HANNON | ) | |

UNITED STATES' RESPONSE TO MOTION TO CONTINUE TRIAL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files the instant Response to Defendant Louverne Hannon's Motion to Continue Trial (Doc. # 10) as follows:

1. Defense counsel called the undersigned on yesterday regarding the motion to continue trial. The undersigned was in trial before Senior United States District Judge W. Harold Albritton on yesterday and thus could not return defense counsel's call.

2. The United States does not oppose the motion to continue trial.

Respectfully submitted this the 18th day of December, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334-223-7280 phone   334-223-7135 fax
jerusha.adams@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:07-cr-278-MEF |
| | ) | |
| LOUVERNE HANNON | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Tiffany B. McCord.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/ Jerusha T. Adams
JERUSHA T. ADAMS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334-223-7280 phone   334-223-7135  fax
jerusha.adams@usdoj.gov