IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-278-MEF |
| | ) | |
| LOUVERNE HANNON | ) | |

## **O R D E R**

Upon consideration of government's Motion to Dismiss Indictment (Doc. #16) filed on February 11, 2008, it is hereby

ORDERED that the motion is GRANTED and the indictment in this case is DISMISSED.

DONE this the 13th day of February, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE